No. 283

HUBBARD v. JOHNSON

Ohio Court of Appeals, Lucas County

No. 1276. Feb. 26, 1923

CONTRACT—(1) Construction of contract in writing is duty of court—(2) Request to charge in a certain manner properly refused—(3) Verdict manifestly excessive reversed.

CHITTENDEN, J.

Epitomized Opinion

Error to Lucas Court of Common Pleas

Johnson agreed in writing to sell, and Hubbard agreed to buy 100,000 feet of lumber, the ship-

ment being guaranteed by Johnson to contain a certain per cent of a grade of lumber designated as F. A. S. Shipment was begun, but Hubbard complained that the shipment was not according to the written guarantee and rejected it. The difference was adjusted later, it being agreed that Johnson should ship enough F. A. S. grade to make the total shipment average as guaranteed. Hubbard claims that this agreement only contemplated shipment of enough F. A. S. grade to make up the shortage in the first shipment, while Johnson claims that, by the new agreement, the amount was not limited to the 100,000 feet originally bargained for. Johnson brought action to recover the purchase price of the amount over 100,000 feet which Hubbard refused to accept. Hubbard in a cross-action seeks damages for alleged breach of warranty. Held by Court of Appeals in reversing judgment for Johnson:

1. The lower court's instruction to the jury that they should determine whether or not there was a warranty was erroneous. The contract, including the warranty, was in writing, and the duty devolved upon the trial court to construe the contract.

2. Certain instructions to the jury requested by Johnson were based upon a misconstruction of the contract, and were properly refused.

3. The verdict allowed by the jury is clearly excessive and manifestly against the weight of the evidence.

Attorneys—Marshall & Fraser, for Hubbard; Fritsche, Kruse & Winchester, for Johnson.